IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EVA NEUFELD, and DIANE INSERRA, Plaintiffs, vs. SAFECO INSURANCE COMPANY OF AMERICA, A Liberty Mutual Company; Defendant. | 8:18CV488 ORDER |

IT IS ORDERED:

1) The court's rulings on the parties' discovery disputes are set forth in the audio file uploaded to the docket, (Filing No. 27, audio recording).

2) Safeco's court-ordered responses to Plaintiffs' discovery shall be served on or before April 1, 2019.

March 11, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge