IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EVA NEUFELD, and DIANE INSERRA, <br><br> Plaintiffs, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, A Liberty Mutual Company; <br><br> Defendant. | 8:18CV488 <br><br> **PROGRESSION ORDER (AMENDED)** |

After conferring with counsel:

IT IS ORDERED that the final progression order is as follows:

1) Plaintiff's deadline for moving to amend pleadings or add parties is August 23, 2019.

2) Defendant's deadline for moving to add a third party is two weeks following completion of Plaintiff's deposition.

3) As to the complaint currently pending, the deadline for serving written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is September 3, 2019. Written discovery as to any claims or allegations raised in any amended complaint shall be served on or before 30 days following the filing of any amended complaint. Motions to compel discovery under Rules 33, 34, and 36 must be filed within two weeks following the discovery response deadline.
**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):      August 7, 2019.
    For the defendant(s):      September 16, 2019.
    Rebuttal expert deadline:      October 11, 2019

5) The deposition deadline is December 6, 2019.

6) The deadline for filing motions to dismiss and motions for summary judgment is October 21, 2019.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 21, 2019.

8) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 2nd day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge