IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| EVA NEUFELD, and DIANE INSERRA, | |
|---|---|
| Plaintiffs, | 8:18CV488 |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, A Liberty Mutual Company; | ORDER |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Marc H. Chedel, as counsel of record for Defendant, (Filing No. 59), is granted. Marc H. Chedel shall no longer receive electronic notice in this case.

Dated this 1st day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge